**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Diane Koslosky | : | |
|       Debtor(s) | : | |
| | : | Bankruptcy No. 15-13362-AMC |

### CERTIFICATION OF NO OBJECTION

I hereby certify that no objection to Counsel's Application for Compensation has been filed.

I further certify that no other applications for administrative expenses have been filed.

            /s/ Mike Gumbel
            MIKE GUMBEL, ESQ.
            Attorney for Debtor(s)
            Identification No. 209050
            Bainbridge Law Center
            850 South 2nd Street
            Philadelphia, PA 19147
            215-592-1899

Date: 10/17/16