# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:                                     :        Chapter 13
   DIANE KOSLOSKY                 :
      Debtor                     :        Bankruptcy No. 15-13362-AMC

## ORDER

**AND NOW,** this __18th__ day of __October__, 2016, upon consideration of the Application for Compensation filed by Mike Gumbel, Counsel for Debtor, and any response thereto, said Application is GRANTED and Mike Gumbel/Bainbridge Law Center is awarded the sum of $3,500.00 in attorneys' fees.

                                                **BY THE COURT:**

                                                **HONORABLE ASHELY M. CHAN,**
                                                **U.S. BANKRUPTCY JUDGE**

Office of the United States Trustee
833 Chestnut Street, Ste 500
Philadelphia, PA 19107

William C. Miller, Trustee
1234 Market Street, Ste 1813
Philadelphia, PA 19107

Mike Gumbel, Esq.
Bainbridge Law Center
850 S. 2nd Street
Philadelphia, PA 19147

Diane Koslosky
706 Crescent Drive
Glenolden, PA 19036