United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 15-13362-amc
Diane Koslosky    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Oct 18, 2016
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2016.
db        +Diane Koslosky,   706 Crescent Drive,   Glenolden, PA 19036-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2016 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor    Newlands Asset Holding Trust agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com, ecfemails@ph13trustee.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Newlands Asset Holding Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      MICHAEL GUMBEL    on behalf of Debtor Diane  Koslosky mgumbel@bainbridgelawcenter.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
      TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              :        Chapter 13
    DIANE KOSLOSKY              :
        Debtor             :        Bankruptcy No. 15-13362-AMC

**ORDER**

**AND NOW,** this __18th__ day of __October__, 2016, upon consideration of the Application for Compensation filed by Mike Gumbel, Counsel for Debtor, and any response thereto, said Application is GRANTED and Mike Gumbel/Bainbridge Law Center is awarded the sum of $3,500.00 in attorneys' fees.

                                            **BY THE COURT:**

                                            _____
                                            **HONORABLE ASHELY M. CHAN,**
                                            **U.S. BANKRUPTCY JUDGE**

Office of the United States Trustee       Mike Gumbel, Esq.
833 Chestnut Street, Ste 500               Bainbridge Law Center
Philadelphia, PA 19107                      850 S. 2nd Street
                                                      Philadelphia, PA 19147

William C. Miller, Trustee
1234 Market Street, Ste 1813              Diane Koslosky
Philadelphia, PA 19107                      706 Crescent Drive
                                                      Glenolden, PA 19036