United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Diane Koslosky  
     Debtor

Case No. 15-13362-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 1     Date Rcvd: Sep 30, 2019  
                          Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2019.  
13626332    +Newlands Asset Holding Trust,    RoundPoint Mortgage Servicing Corporatio,    5016 Parkway Plaza, Suite 200,    Charlotte, NC 28217-1930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2019 at the address(es) listed below:

       ANDREW F GORNALL     on behalf of Creditor     Newlands Asset Holding Trust agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
       JACK K. MILLER     on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com  
       JOSHUA ISAAC GOLDMAN     on behalf of Creditor     Newlands Asset Holding Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       KEVIN G. MCDONALD     on behalf of Creditor     CARISBROOK ASSET HOLDING TRUST bkgroup@kmllawgroup.com  
       MATTEO SAMUEL WEINER     on behalf of Creditor     Carisbrook Asset Holding Trust (fka Newlands Asset Holding Trust) bkgroup@kmllawgroup.com  
       MICHAEL GUMBEL     on behalf of Debtor Diane   Koslosky mgumbel@bainbridgelawcenter.com  
       THOMAS I. PULEO     on behalf of Creditor     Newlands Asset Holding Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                               TOTAL: 9

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-13362-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Diane Koslosky
706 Crescent Drive
Glenolden PA 19036

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/27/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: Newlands Asset Holding Trust, RoundPoint Mortgage Servicing Corporatio, 5016 Parkway Plaza, Suite 200, Charlotte, NC 28219-9409 | Carisbrook Asset Holding Trust<br>c/o Roundpoint Mortgage Servicing Corp.<br>5016 Parkway Plaza Blvd<br>Buildings 6 & 8<br>Charlotte, NC 28217 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/02/19

Tim McGrath
**CLERK OF THE COURT**