Certificate Number: 01401-PAE-DE-033530090

Bankruptcy Case Number: 15-13362



01401-PAE-DE-033530090

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 9, 2019, at 3:00 o'clock PM EDT, Diane Koslosky completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 9, 2019     By:  /s/Jeremy Lark

Name:  Jeremy Lark

Title:  FCC Manager