# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Diane Koslosky <br> <u>Debtor</u> <br><br> Carisbrook Asset Holding Trust <br> <u>Movant</u> <br> vs. <br><br> Diane Koslosky <br> <u>Debtor</u> <br><br> and William C. Miller Esq. <br> <u>Trustee</u> | Chapter 13 <br><br><br> NO. 15-13362 AMC <br><br><br> 11 U.S.C. Section 362 |

## **CERTIFICATION OF DEFAULT**

I, Rebecca A. Solarz, Esquire, attorney for Movant, certify that Debtor has defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated March 9, 2020 was served upon the Debtor and Debtor's Attorney on said date. Subsequent to said notice, the Debtor has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Movant relief from the automatic stay.

        **/s/ Rebecca A. Solarz, Esquire**
        Rebecca A. Solarz, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322 FAX (215) 627-7734
        Attorneys for Movant/Applicant

April 9, 2020