## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Diane Koslosky<br><center>Debtor</center> | CHAPTER 13 |
| Newlands Asset Holding Trust<br><center>Movant</center><br><center>vs.</center> | NO. 15-13362 AMC |
| Diane Koslosky<br><center>Debtor</center> | |
| William C. Miller Esq.<br><center>Trustee</center> | 11 U.S.C. Section 362 |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.     The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$4,346.80,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | December 2015 through March 2016 at $906.88 |
| Fees & Costs Relating to Motion: | $726.00 |
| Less Suspense | ($6.72) |
| **Total Post-Petition Arrears** | **$4,346.80** |

2.     The Debtor shall cure said arrearages in the following manner;

a). Within seven (7) days of the filing of this Stipulation, Debtor shall tender a down payment of **$906.88.**

b). Beginning April 2016 and continuing through September 2016, until the arrearages are cured, Debtor shall pay the present regular monthly payment of **$906.88** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$573.32** towards the arrearages on or before the last day of each month at the address below;

RoundPoint Mortgage Servicing Corporation
PO Box 19409
Charlotte, NC 28219-9409

c).     Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should Debtor provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order7 granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:    March 31, 2016

By:  _/s/ Andrew F. Gornall_____

Andrew F. Gornall, Esquire
Attorneys for Movant
KML Law Group, P.C.
Main Number: (215) 627-1322

Date:__4/28/16_____

Michael Gumbel
Attorney for Debtor

Case 15-13362-amc Doc 47-3 Filed 05/02/16 Entered 05/02/16 13:17:08 Desc Main
Document Page 3 of 3

Approved by the Court this _____ day of _____, 2016.  However, the court
retains discretion regarding entry of any further order.


**Date: May 2, 2016**

_____
Bankruptcy Judge
Ashely M. Chan