**KML LAW GROUP, P.C.**
**THE BNY INDEPENDENCE CENTER**
**701 MARKET STREET SUITE– 5000**
**PHILADELPHIA, PA 19106**
www.kmllawgroup.com

March 9, 2020

Michael Gumbel
Bainbridge Law Center
850 South 2nd Street
Philadelphia, PA 19147

RE:    **NOTICE OF DEFAULT UNDER COURT APPROVED STIPULATION**
Carisbrook Asset Holding Trust vs. Diane Koslosky
Case No. 15-13362 AMC
Last 4 Digits of Loan No. 3533

Dear Sir or Madam:

   Please be advised that your client is in default under the terms of the Stipulation that was approved by the Bankruptcy Court. Under the terms of the Stipulation, your client must cure the default within fifteen (15) days of this Notice.

- Agreed Order payments for the months of May 1, 2018 to August 1, 2018, in the amount of $1,558.78, per month;
- Agreed Order payments for the months of September 1, 2018 to August 1, 2019, in the amount of $993.18, per month;
- Agreed Order payments for the months of September 1, 2019 to March 1, 2020, in the amount of $955.40, per month;
- Less Debtor Suspense credit in the amount of $1,524.86;

**The total due is $23,316.22 and must be received on or before March 24, 2020.**

- The monthly payment for March 2020 will be due on the 1st day of the month and is not included in the figure listed above.

**NOTICE TO BORROWER:** Please call **your attorney** with any questions. We are **not permitted** under the Rules of Professional Responsibility to speak with you directly.

   As set forth in the Stipulation, only **certified funds, money order, or a check from an attorney trust account will be accepted to cure the default.** We will not accept cash or personal checks. If you have proof that payments were made, fax that proof to our office at **215-627-7734**. If payment is not made, we will file a Certification with the Court and request relief from the Bankruptcy stay. Due to heightened security in our office complex, you MUST call our office at **215-627-1322** and schedule an appointment if you intend to pay the amount in person, please reference our file number 145598BK. Payment can and should be made to Creditor directly.

             KML Law Group, P.C.
             **/s/ Rebecca A. Solarz, Esquire**
             Rebecca A. Solarz, Esquire
             KML Law Group, P.C.
             BNY Mellon Independence Center
             701 Market Street, Suite 5000
             Philadelphia, PA  19106
             215-627-1322

cc:     Diane Koslosky

Diane Koslosky
706 Crescent Drive
Glenolde, PA 19036