*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Diane Koslosky
    Debtor(s)

Case No: 15–13362–amc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

The Objection Filed by Diane Koslosky to the Certification of Default of Stipulation filed by Creditor Carisbrook Asset Holding Trust (fka Newlands Asset Holding Trust

    on: 5/5/20

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  4/17/20

Timothy B. McGrath
Clerk of Court