United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Diane Koslosky  
    Debtor

Case No. 15-13362-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 1     Date Rcvd: Apr 17, 2020  
                      Form ID: 167    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2020.  
db        +Diane Koslosky,   706 Crescent Drive,   Glenolden, PA 19036-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2020                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2020 at the address(es) listed below:

        ANDREW F GORNALL    on behalf of Creditor    Newlands Asset Holding Trust agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Newlands Asset Holding Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        KEVIN G. MCDONALD    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    Carisbrook Asset Holding Trust (fka Newlands Asset Holding Trust) bkgroup@kmllawgroup.com  
        MICHAEL GUMBEL    on behalf of Debtor Diane Koslosky mgumbel@bainbridgelawcenter.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Carisbrook Asset Holding Trust (fka Newlands Asset Holding Trust) bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    CARISBROOK ASSET HOLDING TRUST bkgroup@kmllawgroup.com  
        THOMAS I. PULEO    on behalf of Creditor    Newlands Asset Holding Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                 TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Diane Koslosky
    Debtor(s)

Case No: 15−13362−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

The Objection Filed by Diane Koslosky to the Certification of Default of Stipulation filed by Creditor Carisbrook Asset Holding Trust (fka Newlands Asset Holding Trust

    on: 5/5/20

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: 4/17/20

For The Court

Timothy B. McGrath
Clerk of Court

85 − 84
Form 167