IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Diane Koslosky <br> Debtor(s) <br><br> Carisbrook Asset Holding Trust <br> Secured Creditor <br> vs. <br><br> Diane Koslosky <br> Debtor(s) <br><br> William C. Miller Esq. <br> Trustee | CHAPTER 13 <br><br><br> NO. 15-13362 AMC <br><br><br><br> 11 U.S.C. Section 362 |

### STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On May 14, 2020, the Trustee filed a Notice of Final Cure with regards to Claim #3 filed by Newlands Asset Holding Trust and transferred to Secured Creditor.

2. The current deadline for Secured Creditor's Response to Notice of Final Cure is June 4, 2020.

3. Currently, there is also a pending objection by Debtor to Secured Creditor's Certification of Default.

4. Due to the pending objection, which may affect its Response, Secured Creditor requests an extension of time until June 30, 2020 to file its Response to Notice of Final Cure.

5. Debtor is in agreement with this request.

6. The parties agree that a facsimile signature shall be considered an original signature.

Date:  May 28, 2020                        By: /s/Rebecca A. Solarz, Esq.
                                               Rebecca A. Solarz, Esq.
                                               Attorney for Secured Creditor


Date: 6/1/20                               _____
                                           Michael Gumbel
                                           Attorney for Debtor(s)


Approved by the Court this _____ day of _____, 2020. However, the court retains discretion regarding entry of any further order.

**Date: June 2, 2020**

                                           _____
                                           Bankruptcy Judge
                                           Ashely M. Chan