**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Diane Koslosky | : | |
| Debtor(s) | : | |
| | : | Bankruptcy No. 15-13362-AMC |

**PRAECIPE TO WITHDRAW DEBTOR'S**
**OBJECTION TO CERTIFICATION OF DEFAULT**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Kindly withdraw Debtor's Objection to Certification of Default docketed at entry no. 84.

Dated: June 7, 2020

/s/ Mike Gumbel
MIKE GUMBEL, ESQ
850 South 2nd Street
Philadelphia, PA 19147
215-592-1899
215-592-8868-Fax